IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MAHLIK RASHUAN WILLIAMS,

  Appellant,

 v.                                         Case No.  5D22-1828
                                            LT Case No. 2015-CF-1571-C-Z

STATE OF FLORIDA,

  Appellee.

_____/

Decision filed November 8, 2022

3.800 Appeal from the Circuit Court
for Marion County,
Anthony M. Tatti, Judge.

Mahlik Rashuan Williams, Live Oak, pro se.

Ashley Moody, Attorney General, Tallahassee,
and Deborah A. Chance, Assistant Attorney
General, Daytona Beach, for Appellee.


PER CURIAM.

       AFFIRMED.


WALLIS, EDWARDS and HARRIS, JJ., concur.